PLATT v. PLATT.

(Supreme Court, Special Term, New York County.  October 19, 1907.)

DIVORCE—ISSUES FOR JURY.
    There is no authority for submitting to a jury the issue in a divorce suit
    as to whether the parties were married at a certain time and place; such
    submission being proper in such a suit only as to the issue of adultery.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 17, Divorce, § 484.]

Action by Mae C. Wood Platt against Thomas C. Platt for divorce. Plaintiff moves for an order framing issues and directing a trial thereof by a jury. Motion denied.

Joseph Day Lee, for the motion.
O'Brien, Boardman, Platt & Dunning (John B. Stanchfield, of counsel), opposed.

SEABURY, J.  The only issue raised by the pleadings in this action is whether the "plaintiff was married to defendant on or about November 9, 1901, at the Fifth Avenue Hotel, in the city and county of New York." There is no authority for the submission of this issue to a jury upon this motion, and the practice of submitting any issue other than that of adultery to a jury in an action of this char-

acter has been distinctly disapproved by the Appellate Division of this department. Bush v. Bush, 103 App. Div. 588, 93 N. Y. Supp. 159; Packard v. Packard, 88 App. Div. 339, 84 N. Y. Supp. 1090; Wilcox v. Wilcox, 116 App. Div. 423, 101 N. Y. Supp. 828.

Motion denied. Settle order on notice.